United States District Court
Southern District of Texas
**ENTERED**
February 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* | § § § § | |
| v. | § § § § § | CRIMINAL ACTION NO. 4:22-CR-92-1 |
| JOSHUA LEON BEARD, *Defendant.* | | |

## ORDER

The Defendant's Motion to Dismiss the Indictment (Doc. No. 28) is denied. This motion was based primarily on the recent opinion *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). This Court has reviewed the case law both before and after the *Bruen* decision and finds that *Bruen* does not render § 922(g)(1) unconstitutional. This Court does not feel compelled to address this argument at length as other courts have already done so. *See e.g.*, *United States v. Paz Medina-Cantu*, No. 2:22-CR-426 (S.D. Tex. Jan. 10, 2023) (Ramos, J.); *United States v. Hill*, 4:22-CR-249 (S.D. Tex. Nov. 17, 2022) (Hughes, J.). The Court finds the reasoning given in those two opinions (and the many cases cited therein) to be cogent, direct, and correct.

Therefore, absent a contrary ruling by the Fifth Circuit Court of Appeals, this Court denies Defendant's motion.

SIGNED at Houston, Texas this 27th day of February, 2023.

Andrew S. Hanen
United States District Judge